United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>    Petitioner,<br><br>  v.<br><br>D. ADAMS, Warden,<br><br>    Respondent. | No. C 11-04713 EJD (PR)<br><br>ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL<br><br><br><br><br><br>(Docket No. 8) |

      Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court issued an order to show cause why Petitioner's writ should not be granted. Petitioner has filed a motion requesting appointment of counsel. (Docket No. 8.) The Sixth Amendment's right to counsel does not apply in habeas corpus actions. See Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867 (1986). Unless an evidentiary hearing is required, the decision to appoint counsel is within the discretion of the district court. See Knaubert, 791 F.2d at 728; Bashor v. Risley, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469 U.S. 838 (1984). An evidentiary hearing does not appear necessary at this time, and there are no exceptional circumstances to warrant appointment of counsel. Accordingly, Petitioner's motion for appointment of counsel is DENIED. This denial is without prejudice to the Court's sua sponte reconsideration should

the Court later find an evidentiary hearing necessary following consideration of the merits of Petitioner's claims.

This order terminates Docket No. 8.

DATED: 10/10/2012

EDWARD J. DAVILA
United States District Judge

Order Denying Request for Appointment of Counsel
G:\PRO-SE\SJ.EJD\HC.11\04713Hardney_deny_atty.wpd          2